NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-607 consolidated with 04-603, 04-605, 04-606

KNIGHT ENTERPRISES OF TENNESSEE, INC.

VERSUS

JAMES INGRAM AND SCOTTSDALE INSURANCE COMPANY

**********

APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT
PARISH OF SABINE, NO. 52952
HONORABLE STEPHEN BRUCE BEASLEY, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

Gremillion, J., dissents for the reasons assigned in *The Bryan Courtney Co. v. Ingram*, an unpublished opinion bearing docket number 04-603.

Kenneth N. Simmons
Attorney at Law
P. O. Drawer 490
Many, LA 71449
(318) 256-1275
Counsel for Plaintiff-Appellee:
Bryan Courtney Company
CLW, Inc.

**Robert A. Mahtook, Jr.**
**Mahtook & LaFleur, L.L.C.**
**P. O. Box 3089**
**Lafayette, LA 70502-3089**
**(337) 266-2189**
**Counsel for Defendant-Appellee:**
**Scottsdale Insurance Co.**
**James Ingram**

**James C. Donohue**
**Donohue Patrick, P.L.L.C**
**P. O. Box 1626**
**Baton Rouge, LA 70821-1629**
**(225) 214-1908**
**Counsel for Defendant-Appellant:**
**American Citadel Guard, Inc.**